

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00771-CV

Gail **GILLETTE**,
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

## O R D E R

The Appellant's Third Motion for Extension of Time to File Brief is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court